[Civil No. 483.]

THE SALT RIVER VALLEY GOLD MINING COMPANY et al., Appellants, v. JAMES B. NORTON et al., Appellees.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa.  A. C. Baker, Judge.

C. F. Ainsworth, for Appellants.

Alexander & Stilwell, for Appellees.

February 14, 1896.  Affirmed.

[Criminal No. 114.]

JOHN O. DUNBAR, Defendant and Appellant, v. THE TERRITORY OF ARIZONA, Plaintiff and Respondent.

APPEAL from the District Court of the First Judicial District in and for the County of Pima.  J. D. Bethune, Judge.

Mark A. Smith, and W. H. Barnes, for Appellant.

Thomas D. Satterwhite, Attorney-General, for Respondent.

May 5, 1896.  Reversed.

[Civil No. 487.]

THE REPUBLICAN PUBLISHING COMPANY, Appellant, v. WILLIAM H. GILL, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Pima.  J. D. Bethune, Judge.

Barnes & Martin, and Clark Churchill, for Appellant.

S. M. Franklin, for Appellee.

May 4, 1896.  Affirmed.